IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

FILED
JAN 0 9 2017
Clerk, U.S. District Court
District Of Montana
Helena

| UNITED STATES OF AMERICA, | CR 14-08-H-CCL |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| WILLIAM DAVID HESELIUS, | |
| Defendant. | |

The United States of America has moved to dismiss the indictment in this case with prejudice pursuant to Rule 48(a). The motion is unopposed.

Accordingly, for good cause shown,

IT IS HEREBY ORDERED that the indictment is dismissed with prejudice.

DATED this 9th day of January, 2017.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE